UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-62393-BB

MYRNA NIEVES,

    Plaintiff,

vs.

PODS, LLC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MYRNA NIEVES, pursuant to F. R. C. P. 41(a) voluntarily dismisses this action against Defendants, PODS, LLC pursuant to agreement of the parties.

    Debt Shield Law
    3440 Hollywood Blvd., Suite 415
    Hollywood, FL 33021
    Tel:   305-776-1805
    Fax:   305-503-9457
    legal@debtshieldlawyer.com
    joel@debtshieldlawyer.com

    */s/ Joel D. Lucoff*
    Joel D. Lucoff
    Fla. Bar No. 192163

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-62393-BB

MYRNA NIEVES,

    Plaintiff,

vs.

PODS, LLC.,

    Defendant.
    _____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 15, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        */s/ Joel D. Lucoff*
                                        Joel D. Lucoff

## SERVICE LIST

Ian A. Parry, Esq.
Jonathan B. Sbar, Esq.
Andrea K. Holder, Esq.
Rocke, McLean & Sbar, P.A.
2309 S. MacDill Ave.
Tampa, FL 33629
iparry@rmslegal.com
jsbar@rmslegal.com
aholder@rmslegal.com

Via Notices of Electronic Filing generated by CM/ECF